# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

HEALTHY GULF, HABITAT RECOVERY PROJECT, CENTER FOR BIOLOGICAL DIVERSITY, SIERRA CLUB, and TURTLE ISLAND RESTORATION NETWORK,

        Petitioners,

      v.

U.S. DEPARTMENT OF THE INTERIOR; DOUG BURGUM, in his official capacity as Secretary of the Interior; BUREAU OF OCEAN ENERGY MANAGEMENT; and MATTHEW GIACONA, in his official capacity as Director of the Bureau of Ocean Energy Management,

        Respondents.

Case No.

## PETITION FOR REVIEW

Healthy Gulf, Habitat Recovery Project, Center for Biological Diversity,

Sierra Club, and Turtle Island Restoration Network petition this Court to review

the Department of Interior and Bureau of Ocean Energy Management's approval of

BP Exploration & Production Inc.'s Development Operations Coordination

Document for the Kaskida Project. In accordance with Eleventh Circuit Rule 15-2,

a copy of the approval letter is attached as Exhibit A. The Site-Specific

Environmental Assessment for the Project is part of the administrative record that

will be filed in this case.

The Court should grant the petition because the Approval is arbitrary,

capricious, and not in accordance with law.


Dated this 20th day of April, 2026.

/s/ Brettny Hardy
Brettny Hardy
EARTHJUSTICE
180 Steuart St. #194330
San Francisco, CA 94105
415-217-2000 Telephone
415-217-2040 Fax
bhardy@earthjustice.org

Rumela Roy
EARTHJUSTICE
633 17th Street, Suite 1600
Denver, CO 80202
303-623-9466 Telephone
415-217-2040 Fax
rroy@earthjustice.org

*Attorneys for Healthy Gulf, Habitat Recovery Project, Center for Biological Diversity, Sierra Club, and Turtle Island Restoration Network*

<b>CERTIFICATE OF SERVICE</b>

I hereby certify that on the 20th day of April, 2026, a true and correct copy

of the foregoing document was sent out via Certified Mail/Return Receipt

Requested for service on the following:

| | |
|---|---|
| U.S. Department of the Interior<br>1849 C Street, NW<br>Washington, DC 20240 | Doug Burgum, Secretary of the Interior<br>Department of the Interior<br>1849 C Street, NW<br>Washington, DC 20240 |
| Bureau of Ocean Energy Management<br>1849 C St., NW<br>Washington, DC 20240 | Matthew Giacona, Director of the<br>Bureau of Ocean Energy Management<br>Bureau of Ocean Energy Management<br>1849 C St., NW<br>Washington, DC 20240 |
| Todd Blanche, Acting Attorney<br>General<br>US Department of Justice<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530-0001 | |

DATED: <u>4/20/2026</u>

<i>s/ Brettny Hardy</i><br>Brettny Hardy