# EXHIBIT A



# United States Department of the Interior

## BUREAU OF OCEAN ENERGY MANAGEMENT

Gulf of America OCS Region
1201 Elmwood Park Boulevard
New Orleans, LA 70123-2394

In Reply Refer To: GM 235D

March 13, 2026

Ms. Betsy Cleland
BP Exploration & Production Inc.
200 Westlake Park Blvd.
Houston, Texas 77079

Dear Ms. Cleland,

Reference is made to the following plan:

| | |
|---|---|
| Control No. | N-10256 |
| Type | Initial Development Operations Coordination Document |
| Received | February 18, 2025, amended March 27 and 31, 2025, and modified September 12, 2025 |
| Lease(s) | OCS-G 25792, Block 292, Keathley Canyon Area (KC) |
| | OCS-G 19555, Block 336, Keathley Canyon Area (KC) |
| | OCS-G 37608, Block 337, Keathley Canyon Area (KC) |
| RUE(s) | OCS-G 30441, Block 293, Keathley Canyon Area (KC) |

The Minerals Management Service, Keathley Canyon Block 292 Unit Agreement Number is 754307002.

You are hereby notified that the approval of the subject plan has been granted as of March 13, 2026, in accordance with 30 CFR 550.270(b)(1).

This approval includes the activities proposed for Subsea Wells DC1 A, DC1 B, DC1 C, DC1 D, DC1 E, DC2 A, DC2 B, DC2 C, DC2 D, DC2 E in KC Block 292, Well Centers DC1 and DC2 in KC Block 292, and Platform Kaskida FPU (Complex ID not yet assigned) in KC Block 293 with 12 mooring lines located in KC Blocks 292, 293, 336, and 337.

In accordance with 30 CFR 556.901(d), additional security may be required for your proposed activities. Prior to conducting activities in which you need to obtain approvals and/or permits described in 30 CFR 550.281(a) from the appropriate District Manager or BSEE Regional Supervisor, you must contact BOEM Risk Management Operations Section by email at [boemrmos@boem.gov](mailto:boemrmos@boem.gov) to determine if additional security is required and comply with any demand for this security.

In response to the request accompanying your plan for a hydrogen sulfide ($H_2S$) classification, the area in which the proposed drilling operations are to be conducted is hereby classified, in accordance with 30 CFR 250.490(c), as "$H_2S$ absent."

Exercise caution while drilling due to indications of shallow gas, faulting, and possible water flow.

The Endangered Species Act (ESA, 16 U.S.C. §§ 1531 et seq.) is designed to protect threatened and endangered species and applies to activities authorized under the Outer Continental Shelf Lands Act (43 U.S.C. §§ 1331 et seq.). BOEM, the Bureau of Safety and Environmental Enforcement (BSEE), and the National Marine Fisheries Service (NMFS) consulted on oil and gas program activities in the Gulf of America and NMFS issued a 2025 Biological Opinion and associated Attachments and Appendices that include required mitigations. Conditions of Approval (COA) derived from this consultation ensure ESA compliance.

ESA consultation documents and required mitigations covering oil and gas activities in the Gulf of America, can be found here: https://www.boem.gov/regions/gulf-america-ocs-region/oil-and-gas-esa-consultations-and-protocols. You must comply with the protective measures for all activities conducted pursuant to the plan. Activities conducted in association with the subject approval must adhere to these COAs, including all reporting requirements therein.

The following species protective measures found in the link (https://www.boem.gov/oil-gas-energy/2025-nmfs-biop-protocolspdf) are applicable for your proposed activities. The numbering below corresponds to the numbering found in the linked document entitled *Endangered Species Act Protocols per the 2025 Biological and Conference Opinion on the Federally Regulated Oil and Gas Program in the Gulf of America*:

- A.0 Compliance with Biological Opinion Terms and Conditions and Reasonable and Prudent Measures
- A.2 Marine Debris Protocol
- A.3 Vessel Strike Avoidance and Injured and/or Dead Aquatic Protected Species Reporting Protocols
- A.4 In-water Line Precaution Protocol
- A.5 Moon Pool Monitoring Protocol
- A.6 Vessel Transit within the Rice's Whale Area as identified in the 2020 Biological Opinion's Reasonable and Prudent Alternative (2020 RWA)
- A.7 Sea Turtle Resuscitation Guidelines Protocol

These measures are designed to promote environmental protection, consistent environmental policy, compliance with environmental laws, and safety.

If you have any questions or comments concerning this approval, please contact Leslie Wilson at leslie.wilson@boem.gov  or  (504) 736-2588.

Sincerely,

for      Bernadette Thomas
Regional Supervisor
Office of Leasing and Plans