No. 26-11284

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

HEALTHY GULF, HABITAT RECOVERY PROJECT, CENTER FOR
BIOLOGICAL DIVERSITY, SIERRA CLUB, and TURTLE ISLAND
RESTORATION NETWORK,
*Petitioners,*

*v.*

U.S. DEPARTMENT OF THE INTERIOR; DOUG BURGUM, in his
official capacity as Secretary of the Interior; BUREAU OF OCEAN
ENERGY MANAGEMENT, and MATTHEW GIACONA, in his official
capacity as Director of the Bureau of Ocean Energy Management,
*Respondents.*

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO
FILE ADMINISTRATIVE RECORD**

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*
ROBERT N. STANDER
*Deputy Assistant Attorney General*

Of Counsel:                                 CHRISTOPHER ANDERSON
                                            ANGELA N. ELLIS
MELISSA A. HEARNE                           Attorneys
SAMUEL D. SCHNARCH                          Environment and Natural Resources Division
                                            U.S. Department of Justice
Attorneys                                   Post Office Box 7415
Division of Mineral Resources               Washington, D.C. 20044
Office of the Solicitor                     (202) 598-7942
U.S. Dep't of the Interior                  angela.ellis@usdoj.gov

Respondents respectfully move this Court under Federal Rule of Appellate Procedure 26(b) and Circuit Rule 26-1 for a 30-day extension of time, to and including July 1, 2026, to file the certified index to the administrative record for this petition for review. Respondents have conferred with petitioners and putative intervenor, and neither opposes this motion.

In petition for review cases, the agency must ordinarily lodge the record within 40 days after service of the petition, but the Court may extend that timeline. Fed. R. App. P. 17. Here, good causes exists for a 30-day extension because the U.S. Department of the Interior has not completed the process of compiling the administrative record for this petition. This process requires Interior to search its systems and files to identify the relevant documents and then to draft the certified index describing those documents that is required by Federal Rule of Appellate Procedure 17. At present, Interior estimates that it will need until July 1, 2026, to complete the record.

Respondents therefore respectfully request that the Court extend the deadline for filing the certified index to the record for 30 days, to July 1, 2026.

Respectfully submitted,

/s/ *Angela N. Ellis*
ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*

Of Counsel:

ROBERT N. STANDER
*Deputy Assistant Attorney General*

MELISSA A. HEARNE
SAMUEL D. SCHNARCH

CHRISTOPHER ANDERSON
ANGELA N. ELLIS
*Attorneys*

Attorneys
Division of Mineral Resources
Office of the Solicitor
U.S. Dep't of the Interior

Environment and Natural Resources
Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044

May 19, 2026
90-13-8-18130

(202) 598-7942
angela.ellis@usdoj.gov

2

## CERTIFICATE OF COMPLIANCE

1.      This document complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f) this document contains 191 words.

2.      This document complies with the requirements of Federal Rule of Appellate Procedure 27(d)(2)(A), the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

*/s/ Angela N. Ellis*
ANGELA N. ELLIS

*Counsel for Respondents*