No. 26-11284

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

---

HEALTHY GULF, HABITAT RECOVERY PROJECT, CENTER FOR BIOLOGICAL DIVERSITY, SIERRA CLUB, and TURTLE ISLAND RESTORATION NETWORK,

*Petitioners*,

*v*.

U.S. DEPARTMENT OF THE INTERIOR; DOUG BURGUM, in his official capacity as Secretary of the Interior; BUREAU OF OCEAN ENERGY MANAGEMENT, and MATTHEW GIACONA, in his official capacity as Director of the Bureau of Ocean Energy Management,

*Respondents*.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

---

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*
ROBERT N. STANDER
*Deputy Assistant Attorney General*
CHRISTOPHER ANDERSON
ANGELA N. ELLIS
Attorneys
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 598-7942
angela.ellis@usdoj.gov

Of Counsel:

MELISSA A. HEARNE
SAMUEL D. SCHNARCH

Attorneys
Division of Mineral Resources
Office of the Solicitor
U.S. Dep't of the Interior

Respondents respectfully move this Court under Federal Rule of Appellate Procedure 26(b) and Circuit Rule 26-1 for a brief, 7-day extension of time to and including August 28, 2026, to file the reply in support of their motion to dismiss or transfer. Respondents conferred with Petitioners and Intervenor-Respondent BP, and neither opposes this motion.

On July 15, 2026, Respondents and BP each moved to dismiss or transfer the petition for review in this case. Dkt. Nos. 26, 28. Petitioners sought a 20-day extension for their response to those motions, which this Court granted on July 24, 2026, Dkt. No. 33. Petitioners filed their opposition to the motions to dismiss or transfer on August 14, 2026. Dkt. No. 39. The current deadline for Respondents' reply is August 21, 2026. Fed. R. App. P. 27(a)(4).

A 7-day extension is necessary for Respondents to prepare and coordinate review of the reply among multiple personnel within the Department of Justice and the Department of the Interior. In addition, multiple individuals responsible for review will out of the office during the drafting period between August 14 and August 28. No party opposes this extension.

Respondents therefore respectfully request that the Court extend the deadline for Respondents' reply in support of the motion to dismiss or transfer for 7 days, to August 28, 2026.

Respectfully submitted,

/s/ *Angela N. Ellis*
ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*
ROBERT N. STANDER
*Deputy Assistant Attorney General*
CHRISTOPHER ANDERSON
ANGELA N. ELLIS
*Attorneys*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 598-7942
angela.ellis@usdoj.gov

Of Counsel:

MELISSA A. HEARNE
SAMUEL D. SCHNARCH

Attorneys
Division of Mineral Resources
Office of the Solicitor
U.S. Dep't of the Interior

August 17, 2026
90-13-8-18130

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f) this document contains 218 words.

2. This document complies with the requirements of Federal Rule of Appellate Procedure 27(d)(2)(A), the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

*/s/ Angela N. Ellis*
ANGELA N. ELLIS

*Counsel for Respondents*